Ginerva JAMES et al., Movant, v. Willie ALLEN, Opposed.

Court of Appeals of Kentucky.

Jan. 31, 1941.

C. B. Wheeler for movant.

Leroy. Combs and Bert T. Combs, opposed.

PER CURIAM.

Motion for an appeal denied; judgment affirmed.

Theodore F. DEUSER, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Feb. 7, 1941.

S. Rush Nicholson and J. Clarke Otte for movant.

Hubert Meredith, Attorney General, and Guy H. Herdman, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

Ira HUFF, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Feb. 11, 1941.

Claude E. Smith for movant.

Hubert Meredith, Attorney General, and W. Owen Keller, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.